[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 6, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-11293
Non-Argument Calendar

_____

D. C. Docket No. 05-00084-CR-002-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL D. DUNN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(August 6, 2007)**

Before HULL, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Stanley House, appointed counsel for Michael Dunn in this direct criminal

and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dunn's conviction and sentence are **AFFIRMED.**